**Aubrey J. Greenberg, Appellant, v. Harold F. Birnberg, Appellee.**

Gen. No. 46,980. 

First District, Third Division.

April 17, 1957.

Released for publication May 8, 1957.

James A. Thompson and Edward Slovick, for appellant; Brown, Fox & Blumberg, for appellee, Eugene L. Resnick, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.